UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————x

UNITED STATES OF AMERICA, et al.,

    -against-                                                                                  20 CV 6400 (CM)

Medley Pharmacy, Inc.,

    Defendant.
——————————————————————x

ORDER UNSEALING CASE

McMahon, C.J.:

    The above-captioned case is hereby unsealed. The Clerk of the Court is to unseal this case and docket related documents in the case.

March 14, 2023

                              So Ordered:

                              _____
                              Colleen McMahon
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2023