**20 CV 6400**

JUDGE McMAHON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NEW YORK *ex rel.* Khareen Georges, | FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2) |
| Plaintiffs, | |
| vs. | CIVIL ACTION NO. |
| MEDLY PHARMACY, INC. | [PROPOSED] ORDER GRANTING *EX PARTE* MOTION TO SEAL |
| Defendant. | |

THIS MATTER is before the Court upon Plaintiff-Relator's *Ex Parte* Motion to File False Claims Act Complaint Under Seal. The Court, having reviewed said Motion and the False Claims Act Complaint filed therewith, does hereby **ORDER** as follows:

1. Plaintiff-Relator's *Ex Parte* Motion to File False Claims Act Complaint Under Seal is hereby **GRANTED** pursuant to 31 U.S.C. § 3730(b)(2).

2. The Clerk of this Court is hereby **DIRECTED** to maintain this action under seal pending further Order of this Court, and is further **INSTRUCTED** that all other pleadings, papers or other submissions in this action shall be likewise filed in camera and/or under seal, and that all Electronic Case Filing Requirements be hereby suspended in this action pending further Order of this Court.

3. The False Claims Act complaint shall not be served upon the Defendant until further Order of this Court.

SO ORDERED this  12  day of August, 2020.

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE