UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NEW YORK *ex rel.* Khareen Georges, | NO. 20 cv 6400 (CM) |
| Plaintiff, | |
| vs. | ~~FILED UNDER SEAL~~ |
| MEDLY PHARMACY, INC. | |
| Defendant. | |

## ORDER

Pursuant to the Relator's Notice of Dismissal and with the consent of the United States pursuant to 31 U.S.C. § 3730(b)(1), the claims of the Relator are hereby dismissed with prejudice to the Relator and without prejudice to the United States.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ Colleen McMahon*

HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

4-3-2023